IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | | |
|---|---|---|---|
| David Houle and Becky Houle, et. al., | | ) | **ORDER ADOPTING SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CPEC'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF PUBLIC USE AND NECESSITY**  Case No. 4:09-cv-021 |
| | Plaintiffs, | ) | |
| vs. | | ) | |
| Central Power Electric Cooperative, Inc., (CPEC), et. al., | | ) | |
| | Defendants. | ) | |
| CPEC v. Cecil L. Jeannotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-055 |
| CPEC v. Corey J. Hall, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-061 |
| CPEC v. Vernella Jeannotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-073 |
| CPEC v. Howard Longie, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-076 |
| CPEC v. Est of Marie M. Jeanotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-077 |
| CPEC v. Donna M. Anderson, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-078 |
| CPEC v. Pete Barnett, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-084 |
| CPEC v. John E. Monette, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-098 |
| CPEC v. Ophelia Dixon Navarro, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-100 |
| CPEC v. Kimberly Blackwell, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-101 |
| CPEC v. Dustin Decoteau, et. al., | Plaintiff, Defendants. | ) | Case No. 4:12-cv-004 |
| CPEC vs. Nick K. Wilkie, et. al., | Plaintiff, Defendants. | ) | Case No. 4:12-cv-005 |
| CPEC vs. Gloria Davis, et. al., | Plaintiff, Defendant. | ) | Case No. 4:12-cv-006 |

Before the court is a Second Stipulation for Extension of Time to Respond to CPEC's

Motion for Extension of Time to Respond to CPEC's Motions for Summary Judgment on the Issue

1

of Public Use and Necessity.  The court **ADOPTS** the stipulation.  CPEC is granted leave to file an amended complaints clarifying the easement area it seeks to condemn.  Responses to CPEC's Motions for Summary Judgment on the Issue of Public Use and Necessity ("Motions") are due ten days after CPEC files its amended complaints.  CPEC's Motions will relate to the amended complaints.

    **IT IS SO ORDERED.**

    Dated this 26th day of October, 2012.

    */s/ Charles S. Miller, Jr.*
    Charles S. Miller, Jr.
    United States Magistrate Judge